UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| John A. Campagnuoloa, individually and on behalf of all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Cerner Corporation, Neal Patterson, Mark Naulten, and Paul Black.<br><br>　　　　　Defendants. | Case No. 4:03-cv-00296-DW |
| Gustavo N. Garrido, individually and on behalf of all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Cerner Corporation, Neal Patterson, Earl H. Devanny, III, Clifford W. Illig, Marc G. Naulten, and Glenn P. Tobin<br><br>　　　　　Defendants. | Case No. 4:03-cv-00299 (REL) |

[additional captions follow on subsequent pages]

**PHIL CRABTREE'S MOTION FOR LEAVE TO FILE SURREPLY
AND SUGGESTIONS IN SUPPORT**

| | |
|---|---|
| **Judith Altman, individually and on behalf of all other similarly situated,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**Neal Patterson, Earl H. Devanny, III, Clifford W. Illig, Glenn P. Tobin, and Cerner Corporation**<br><br>    **Defendants.** | **Case No. 4:03-cv-00301 (GAF)** |
| **Brian K. Counsil, individually and on behalf of all other similarly situated,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**Cerner Corporation, Neal Patterson, Mark Naulten, and Paul Black**<br><br>    **Defendants.** | **Case No. 4:03-cv-00427 (DW)** |

2

| | |
|---|---|
| **Charles C. Schmidt, individually and on behalf of all other similarly situated,**<br><br>                              **Plaintiff,**<br><br>**v.**<br><br>**Neal Patterson, Mark Naulten, Paul Black and Cerner Corporation**<br><br>                              **Defendants.** | **Case No. 4:03-cv-00431** |
| **Dana Bible, individually and on behalf of all other similarly situated,**<br><br>                              **Plaintiff,**<br><br>**v.**<br><br>**Cerner Corporation, Neal Patterson, Earl H. Devanny, III, Clifford W. Illig, Mark Naulten, and Glenn P. Tobin**<br><br>                              **Defendants.** | **Case No. 4:03-cv-00448 (JTM)** |

3

| | |
|---|---|
| **Eugene Pronojust, individually and on behalf of all other similarly situated,**<br><br>               **Plaintiff,**<br><br>**v.**<br><br>**Cerner Corporation, Neal Patterson, Mark Naulten, and Paul Black**<br><br>               **Defendants.** | **Case No. 4:03-cv-00449 (DW)** |
| **Andrew Garner, individually and on behalf of all other similarly situated,**<br><br>               **Plaintiff,**<br><br>**v.**<br><br>**Cerner Corporation, Neal Patterson, Mark Naulten, and Paul Black**<br><br>               **Defendants.** | **Case No. 4:03-cv-00436 (DW)** |

## PHIL CRABTREE'S MOTION FOR LEAVE TO FILE SURREPLY AND SUGGESTIONS IN SUPPORT

COMES NOW Phil Crabtree, Movant in the above captioned cases, and respectfully requests that the Court grant him leave to file a Surreply Brief. In support of this Motion, Crabtree states as follows:

1. The pending competing motions before the Court - concerning who shall serve as lead plaintiff and whether the lead plaintiff's choice of counsel will be approved - are critical issues in this litigation.

2. Movant Crabtree respectfully submits that the Surreply Brief, attached hereto as Exhibit 1, will aid the Court in deciding the important issues currently pending. Specifically, the Surreply addresses the following matters raised for the first time in the Reply Brief filed by Brian Porter, Larry McMans, Edward Franiuk, Wendell C. Kirkpatrick, and James Rice, the competing five-member group (the "Group"), (e.g. *Campagnuola* 4:03-cv-00296-DW Doc. No. 8):

    a. The Group's mis-citation to, *inter alia*, the SEC's position in the Baan case, a case which requires proposed groups to provide exactly the information the lawyer-driven group here has failed to produce, despite Crabtree's challenge;

    b. The Group's allegations that the undersigned has engaged in Rule 11 violations; and

    c. The Group's assertion that Crabtree cannot provide supplemental information to allow the Court to compare the competing movants' losses on a comparable FIFO basis.

5

Wherefore, Phil Crabtree respectfully requests that the Court enter its Order allowing the filing of the Surreply Brief. As requested in his July 2, 2003 Reply in Further Support of His Motion for Appointment of Lead Plaintiff, Movant Crabtree respectfully requests oral argument pursuant to Rule 7.1(g) on the issues of who should be appointed Lead Plaintiff. Pursuant to local rule a Proposed Order has been e-mailed to the courtroom deputy of Chief Judge Dean Whipple for the Court's convenience.

Dated: July 15, 2003

Respectfully submitted,

By  /s/Angela K. Green
**LOWTHER JOHNSON, LLC**
Angela K. Green
Missouri Bar Number 35237
Kansas Bar Number 18661
901 St. Louis Street, 20th Floor
Springfield, MO 65806
Telephone: 417-866-7777
Fax: 417-866-1752
agreen@lowtherjohnson.com

**CHITWOOD & HARLEY, LLP**
Martin D. Chitwood, Esq.
Lauren S. Antonino, Esq.
2300 Promenade Two
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: 404-873-3900

*Attorneys for Movant Phil Crabtree and Proposed Lead Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Angela Green, certify I mailed **PHIL CRABTREE'S MOTION FOR LEAVE TO FILE SURREPLY AND SUGGESTIONS IN SUPPORT**, by U.S. first class mail, postage prepaid, to the following attorneys on July 15, 2003:

Don Lolli
Dysart, Taylor, Lay, Cotter and McMonigle, PC
4420 Madison Avenue
Kansas City, Missouri   641111

Samuel H. Rodman
Cauley, Geller, Bowman, and Coates, LLP
200 Broadhollow   Suite 406
Melville, New York   11747

Marc A. Topaz
Schiffrin and Barroway, LLP
Three Bala Plaza East   Suite 500
Bala Cynwyd, Pennsylvania   19004

Micheal I. Fistel, Jr.
Holzer, Holzer, and Cannon, LLC
1117 Perimeter Center West   Suite E-107
Atlanta, Georgia   30338

Martin Chitwood
Nikole M. Davenport
Chitwood and Harley
2900 Pomenade II
1230 Peachtree Street NE
Atlanta, Georgia   30309

Fred T. Smith
Mike Misk
Wolf, Haldenstein, Adler, Freeman, and Herz, LLP
270 Madison Avenue
New York, New York   10016

Brian M. Felgoise
The Pavillion
261 Old York Road   Suite 423
Jenkintown, Pennsylvania   19046

Marc S. Henzel
273 Montgomery Avenue   Suite 202
Bala Cynwyd, Pennsylvania   19004

Evan Smith
Brodsky and Smith
Two Bala Plaza   Suite 602
Bala Cynwyd, Pennsylvania   19004

Richard Lockridge
Karen M. Hanson
Lockridge, Grindal, and Nauen
100 Washington Avenue South   Suite 2200
Minneapolis, Minnesota   55401-2179

Paul Geller
Cauley, Geller, Bowman and Coates, LLP
One Boca Place
2255 Glades Road   Suite 421-A
Boca Raton, Florida   33431

Mel E. Lifshtiz
Joseph R. Seidman, Jr.
Bernstein, Liebhard and Lifshtiz
10 East 40th Street
New York, New York   10016

Steven G. Schulman
Peter E. Seidman
Milberg, Weiss, Bershad, Hynes and Lerach, LLP
One Pennsylvania Plaza, 48th Floor
New York, New York   10119-0165

Lawrence Soicher
305 Madison Avenue
New York, New York   10165

Emily C. Komlossy
Goodkind, Labaton, Rudoff, Sucharow, LLP
100 Park Avenue
New York, New York   10017

Nadeem Faruqi
Faruqi and Faruqi
320 East 39th Street
New York, New York   10016

Mark Gardy
Abbey, Gardy, LLP
212 East 39th Street
New York, New York   10016


                LOWTHER JOHNSON
                Attorneys at Law, LLC

                BY:   /s/ Angela K. Green
                Angela K. Green
                Missouri Bar Number 35237
                901 East St. Louis Street, 20th Floor
                Springfield, Missouri 65806
                Telephone:      (417) 866-7777
                Fax:      (417) 866-1752
                agreen@lowtherjohnson.com
                Attorneys for Plaintiff Garner, Schmidt, and Crabtree