No. 04-2662

| | |
|---|---|
| In re: Cerner Corp. Securities Litigation | |
| | |
| John A. Campagnuola, Individually and on Behalf of All Other Similarly Situated, | |
| Plaintiff, | |
| Phil Crabtree, | Appeal from the United States District Court for the Western District of Missouri. |
| Plaintiff/Appellant, | |
| v. | |
| Cerner Corporation; Neal Patterson; Mark Naulten; Paul Black; Clifford W. Illig; Earl H. Devanny, III; Glenn P. Tobin, | |
| Defendants/Appellees. | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

October 6, 2005

Order Entered in Accordance with Opinion:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: *Michael E. Gans*